Case 3:08-cv-50036  Document 2  Filed 03/11/2008  Page 1 of 1

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet   08C50036

**JUDGE REINHARD**

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** GEORGE BROCHES

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA - Rockford

2) Joseph Carlyle Pedersen
United States Attorney's Office
308 West State Street, Suite 300
Rockford, IL 61101

**Defendant's Attorney:**

George Broches
#12671-424
Oxford - FCI
P.O. Box 1085
Oxford, WI  53952

**FILED**
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. gov't. not a party)

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** *Q. E. Woodham*   **Date:** 03/11/2008

JUDGE REINHARD   05CR50037-1