## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50036 | **DATE** | 4/7/2008 |
| **CASE TITLE** | U.S.A. vs. George Broches | | |

**DOCKET ENTRY TEXT:**

The Government is given 60 days from the date of this order to file its response. Broches is given 30 days after the date the response is filed to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|