UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 08 C 50036 |
| | ) (05 CR 50037-01) |
| GEORGE BROCHES | ) Judge Philip G. Reinhard |

## NOTICE OF MOTION

To: George Broches
Reg. No. 1267-1424
Federal Prison Camp
P.O. Box 1085
Oxford, WI 53952

PLEASE TAKE NOTICE that on Wednesday, June 11, 2008, at 9:00 a.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge Philip G. Reinhard, in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other judge as may be sitting in his place and stead, and then and there present: United States' Motion for an Extension of Time to File Its Response in Opposition to Petitioner's Motion Pursuant to 28 U.S. C. § 2255 at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:  /s Joseph C. Pedersen
Joseph C. Pedersen
Assistant United States Attorney
308 West State Street - Rm. 300
Rockford, Illinois   61101
(815) 987-4444