## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50036 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. George Broches | | |

**DOCKET ENTRY TEXT:**

United States' motion for an extension of time to file its response in opposition to petitioner's motion pursuant to 28 USC § 2255 [4] is granted. United States' response due June 20, 2008. Mr. Broches is given 30 days after the date the response is filed to file any reply.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | JT |
|---|---|---|

Case 3:08-cv-50036   Document 6   Filed 06/11/2008   Page 1 of 1

08C50036 USA vs. George Broches                                                                  Page 1 of 1