# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50036 | **DATE** | 6/16/2008 |
| **CASE TITLE** | United States vs. Broches | | |

**DOCKET ENTRY TEXT:**

Defendant having submitted a letter to the court which included information arguably related to his pending § 2255 motion, defendant is to include any such material only in any reply brief that he files with the court in that case. Defendant is not to submit information to the court via letter as opposed to a formal motion filed with the court.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LC |
|---|---|---|

Case 3:08-cv-50036   Document 7   Filed 06/16/2008   Page 1 of 1

08C50036 United States vs. Broches                                                                 Page 1 of 1