UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

F I L E D
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff

v.

Case No. 08-C-50036
Hon. Judge Philip G. Reinhard

GOERGE BROCHES,
        Defendant

MOTION FOR EXTENSION OF TIME
TO RESPOND TO UNITED STATE'S RESPONSE IN OPPOSITION
TO DEFENDANT'S B2255 MOTION

Now comes the Defendant, George Broches, Pro Se, and respectfully moves this Honorable Court for a two week extension of time in which to respond to the government's response in opposition to defendant's 28 U.S.C. 2255 motion. In support of this request defendant states the following:

1. That he continues his place of imprisonment at the Federal Prison Camp, Oxford, Wisconsin;

2. That he is preparing a response pro se;

3. That the law library at the Oxford camp is limited in its resources; and

4. That he requires additional time in which to properly make his response.

WHEREFORE, on the basis of the grounds listed above, defendant asks that this Court issue an order granting a two week extension of time for the filing of defendant's response.

Respectfully submitted,

George Broches
Reg. No. 12671-424
Federal Prison Camp
P.O. Box 1085
Oxford, WI 53952

CERTIFICATE OF SERVICE

I, George Broches, Pro Se, swear under the penalty of perjury that pursuant to 28 U.S.C.1746, I mailed a true and correct copy of the attached Motion for Extension of Time, to the U.S. Attorney's Office, Joseph C. Pedersen, AUSA, 308 West State St., Room 300, Rockford, IL 61101, by depositing same in the U.S. Mailbox for Legal Mail at FPC Oxford, Wisconsin on the 9th day of July 2008, with sufficient first class postage prepaid.

George Broches, Pro Se