## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50036 | **DATE** | 7/15/2008 |
| **CASE TITLE** | U.S.A. vs. George Broches | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time is granted, and defendant is given two weeks from the date of this order to file his reply brief.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|