UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff

v.          Case No. 08-C-50036
          Hon. Judge Philip G. Reinhard

GEORGE BROCHES,
        Defendant

MOTION FOR ADDITIONAL EXTENSION OF TIME
TO RESPOND TO UNITED STATE'S RESPONSE IN OPPOSITION
TO DEFENDANT'S §2255 MOTION

Now comes the Defendant, George Broches, Pro Se, and respectfully moves this Honorable Court for an additional extension until Friday, August 8, 2008 in which to file his response. In support of this request defendant states as follows:

1. That defendant received this Court's order extending defendant's time to file his response on July 18, 2008 granting an extension until July 29, 2008;

2. That in the course of defendant preparing his response he has come across relevant case law to aid in his reply;

3. That it will take several more days for defendant to receive copies of this new material; and

4. That as defendant is still incarcerated at FPC Oxford, Wisconsin and preparing his response pro se, he requires the additional time sought.

WHEREFORE, on the basis of the grounds states above, defendant requests that this Court grant an extension of time until August 8, 2008.

Respectfully submitted,

George Broches, Pro Se
Reg. No. 12671-424
Federal Prison Camp
P.O. Box 1085
Oxford, WI 53952

CERTIFICATE OF SERVICE

I, George Broches, Pro Se, swear under the penalty of perjury that pursuant to 28 U.S.C.1746, I mailed a true and correct copy of the attached Motion for Extension of Time, to the U.S. Attorney's Office, Joseph C. Pedersen, AUSA, 308 West State St., Room 300, Rockford, IL 61101, by depositing same in the U.S. Mailbox for Legal Mail at FPC Oxford, Wisconsin on the **24** day of July 2008, with sufficient first class postage prepaid.

_____
George Broches



GEORGE BROCHES
Reg. No 13608-424
Federal PRISON CAMP
Box 1000
Oxford WI 53952

LEGAL MAIL

Office of
Clerk of the U.S. District Court
of the United States Court House
211 South Court Street
Rockford Illinois 61101