Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50036 | **DATE** | 7/28/2008 |
| **CASE TITLE** | U.S.A. vs. George Broches | | |

**DOCKET ENTRY TEXT:**

Motion for additional extension of time to respond to United States's response in opposition to defendant's § 2255 motion is granted and Broches is given until August 8, 2008 to file response.  No further extensions will be granted.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|